IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSICA WALKER                                                          PLAINTIFF

v.                          No. 3:05CV00060 JLH-HDY

SONNY MCINTOSH, *et al.*                                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's motion for summary judgment is denied;

2.      The motion for judgment on the pleadings by defendants McIntosh, Wright, Faulkner, Davis and Mills is denied; and

3.      The motion for judgment on the pleadings by defendant Imboden is granted.

DATED this 16th day of November, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE