**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JESSICA WALKER                                                                              PLAINTIFF

v.                                        NO. 3:05CV00060 JLH/HDY

SONNY McINTOSH, et al.                                                                   DEFENDANTS

**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  Judge Young recommended that the Court find that the allegations that Mayor Faulkner has attempted to intimidate a witness are not supported factually and therefore no threat of irreparable harm has been shown.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  However, the Court warns the parties that any effort to intimidate or interfere with witnesses may result in sanctions and may result in a referral to the United States Attorney for potential criminal prosecution.

DATED this 6th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE