IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSICA WALKER                                                     PLAINTIFF

v.                          CASE NO. 3:05CV00060 JLH

SONNY McINTOSH, et al.                                        DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 23d day of July, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE