**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JESSICA WALKER                                                                                          PLAINTIFF

v.                                              NO. 3:05CV00060 JLH

SONNY McINTOSH, *et al*.                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young (Document #154) and the objections filed by the plaintiff, Jessica Walker. After carefully considering the objections and making a *de novo* review of the relevant portion of the record, the Court concludes that the Proposed Finding and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings. Because the amended complaint filed on April 26, 2005, was filed without leave of Court, and because it was never served on any of the named defendants, the amendment will not be permitted. The amended complaint entered as Document #6 is hereby stricken.

IT IS SO ORDERED this 2nd day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE