# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JESSICA WALKER                                                                                              PLAINTIFF

v.                                          NO. 3:05CV00060 JLH/HDY

SONNY MCINTOSH, *et al*.                                                                         DEFENDANTS

## ORDER

Presently before the Court is defendants' Joint Motion for Continuance of the trial date. Docket #163. Good cause having been shown, the motion will be granted, and the bench trial of this matter previously set for September 22, 2008, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 12th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE