IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JESSICA WALKER                                                                                       PLAINTIFF

v.                                         NO. 3:05CV00060 JLH

SONNY McINTOSH, ROBERT WRIGHT,
LARRY MILLS, CHARLES NIX, BUZZY
FAULKNER, BUTCH DAVIS, and
KEITH CHON                                                                                           DEFENDANTS

## O R D E R

Let the records identified as Exhibits C (#4), Exhibit E (#5), Exhibit F (#6) and Exhibit G (#7) that were attached to Separate Defendant Larry Mills' Brief in Support of his Motion for Summary Judgment (doc. 183) be placed under seal. The Court finds the Motion to Seal Exhibits filed by Separate Defendant to be well-taken and that it should be GRANTED.

DATED this 15th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Submitted By:

/s/   Jacob M. Hargraves
Jacob M. Hargraves, Bar No. 2004088
Attorney for Separate Defendant, Larry Mills
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
Fax (501) 624-0533