# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JESSICA WALKER                                                  PLAINTIFF

v.                       CASE NO. 3:05CV00060 JLH

SONNY McINTOSH, *et al*.                                DEFENDANTS

## ORDER

The parties have submitted a Notice of Voluntary Dismissal by Stipulation. Documents #179 and #181. In the pleadings, the parties specify that the dismissal is with prejudice. Pursuant to this pleading and Fed.R.Civ.P. 41(a)(1)(A)(ii), separate defendants Sonny McIntosh, Robert Wright, Buzzy Faulkner, and Butch Davis are hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE