# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JESSICA WALKER                                                     PLAINTIFF

v.                                 NO. 3:05CV00060 JLH

SONNY McINTOSH, *et al*.                                      DEFENDANTS

## ORDER

Pursuant to the notices of voluntary dismissal by stipulation that have been filed in this case, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 26th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE