# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JESSICA WALKER                                                                                                    PLAINTIFF

v.                                            NO. 3:05CV00060 JLH

SONNY McINTOSH, *et al*.                                                                                DEFENDANTS

## AMENDED ORDER

Pursuant to the notices of voluntary dismissal by stipulation that have been filed in this case, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE